[No. 23539-1-II.   Division Two.   November 17, 2000.]

THE STATE OF WASHINGTON, *Respondent*, v. DAVID JOSHUA MEADE, *Appellant*.

Appeal from a judgment of the Superior Court for Clark County, No. 97-1-01921-4, Roger A. Bennett, J., entered July 16, 1998. *Affirmed* by unpublished opinion per Wang, J., concurred in by Morgan and Bridgewater, JJ.

[No. 24419-5-II.   Division Two.   November 17, 2000.]

THE STATE OF WASHINGTON, *Respondent*, v. RAYMOND B. MCMATH, *Appellant*.

Appeal from a judgment of the Superior Court for Pierce County, No. 98-1-04306-9, Terry D. Sebring, J., entered February 9, 1999. *Affirmed* by unpublished opinion per Armstrong, C.J., concurred in by Houghton and Bridgewater, JJ.

[No. 45468-4-I.   Division One.   November 20, 2000.]

WAVERLY PARK NEIGHBORHOOD ASSOCIATION, *Appellant*, v. THE CITY OF KIRKLAND, *Respondent*.

Appeal from a judgment of the Superior Court for King County, No. 99-2-09509-0, Larry A. Jordan, J., entered September 3, 1999. *Affirmed* by unpublished opinion per Kennedy, J., concurred in by Becker, A.C.J., and Coleman, J.

[No. 45382-3-I.   Division One.   November 20, 2000.]

ISIAH WALKER, *Respondent*, v. THE VASCULAR ASSOCIATES, INC., ET AL., *Appellants*.

Appeal from a judgment of the Superior Court for King County, No. 98-2-06870-1, Jim Bates, J., entered October 6, 1999. *Affirmed* by unpublished opinion per Agid, C.J., concurred in by Coleman and Ellington, JJ.